# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 30, 2013

147217

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

MAGDICH & ASSOCIATES PC,
          Plaintiff-Appellee,

v

SC: 147217
COA: 314518
Oakland CC: 2012-125729-CK

NOVI DEVELOPMENT ASSOCIATES LLC,
          Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the March 19, 2013 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we VACATE the order of the Court of Appeals, and we REMAND this case to the Court of Appeals for plenary consideration.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 30, 2013



Clerk

p0923